```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF OKLAHOMA
```

LLOYD WHILHITE,                       )
                                      )
       Plaintiff,                     )
                                      )
v.                                    )         No. CIV-10-373-FHS
                                      )
CORNERSTONE NATIONAL INS. CO.,        )
                                      )
       Defendant.                     )

### JUDGMENT

Pursuant to the Plaintiff's Unopposed Motion for Judgment (Dkt. No. 45), and the March 19, 2012, binding arbitration decision, the Court enters judgment in favor of Plaintiff, Lloyd Whilhite, on Plaintiff's breach of contract claim against Defendant, Cornerstone National Ins. Co., and awards damages in favor of Plaintiff and against Defendant in the amount of $10,000. The Court further enters judgment in favor of Defendant on Plaintiff's claim for breach of the implied covenant of good faith and fair dealing.

It is so ordered this 16th day of July, 2012.

*/s/ Frank H. Seay*
Frank H. Seay
United States District Judge
Eastern District of Oklahoma